# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:10-CR-31 |
| ) | (Phillips) |
| DEON T. PATTON, ) | |

## MEMORANDUM AND ORDER

On December 28, 2010, the Honorable C. Clifford Shirley, United States Magistrate Judge, filed a Report and Recommendation ("R&R") [Doc. 32] in which he recommended to deny Defendant's Motion to Suppress [Doc. 19]. The parties appeared before Judge Shirley for a motion hearing on November 5, 2010.

This matter is presently before the Court on Defendant's timely objections to the R&R [Doc. 33]. As required by 28 U.S.C. § 636(b)(1), the Court has undertaken a *de novo* review of those portions of the R&R to which the Defendant objects.

Defendant does not raise any new arguments in his objections, and the Court finds itself in complete agreement with Judge Shirley's analysis of the legal issues. Consequently, Defendant's objections [Doc. 33] will be **OVERRULED**, the R&R [Doc. 32] will be **ACCEPTED IN WHOLE**, and the underlying Motion to Suppress [Doc. 19] will be **DENIED**.

IT IS SO ORDERED.

                **ENTER:**

                        s/ Thomas W. Phillips
                    United States District Judge